*John W. Hollis* for appellants.
*Alton J. Wightman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of HERBERT L. BRICKMAN, Appellant, against ROBERT F. WAGNER, as Mayor of the City of New York, Respondent.

Argued November 17, 1955; decided December 28, 1955.

*Harold H. Corbin* and *Edward J. Bennett* for appellant.

*Peter Campbell Brown, Corporation Counsel (W. Bernard Richland* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL CONFORTI, Appellant.

Argued October 10, 1955; decided December 28, 1955.